UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JO-ANN FAUST,<br><br>                      Plaintiff,<br><br>- against -<br><br>ESPN PRODUCTIONS, INC.,<br><br>                      Defendant. | CIVIL ACTION NO.<br>3:11-CV-00680 (CSH)<br><br><br><br><br>May 23, 2011 |

## CORPORATE DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ESPN Productions, Inc. is a wholly owned subsidiary of ESPN, Inc.  ESPN, Inc. is 80% owned by ESPN, Holding Co., which in turn is wholly owned by The Walt Disney Company.  ESPN, Inc. is 20% owned by Hearst Brazil, Inc., which in turn is wholly owned by Hearst Holdings, Inc., which is wholly owned by The Hearst Corporation.

Dated:  May 23, 2011         Respectfully Submitted,

                      By:    /s/Raymond W. Bertrand
                               Raymond W. Bertrand (ct 22968)
                               Brit K. Seifert (ct 18776)
                               PAUL, HASTINGS, JANOFSKY &
                               WALKER LLP
                               4747 Executive Drive, 12th Floor
                               San Diego, CA  92121
                               Telephone:  (858) 458-3000
                               Facsimile:  (858) 458-3005
                               Email: raymondbertrand@paulhastings.com
                                      britseifert@paulhastings.com

                               Counsel for Defendant
                               ESPN PRODUCTIONS, INC.

LEGAL_US_E # 92991024.2

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2011, a copy of the foregoing CORPORATE DISCLOSURE STATEMENT was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/Raymond W. Bertrand

Raymond W. Bertrand (ct 22968)
Brit K. Seifert (ct 18776)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
4747 Executive Drive
12th Floor
San Diego, CA  92121
Telephone:  (858) 458-3000
Facsimile:  (858) 458-3005
Email:  raymondbertrand@paulhastings.com
         britseifert@paulhastings.com